# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC JON NEES, | |
| Petitioner, | 3:10-cv-00092-LRH-VPC |
| vs. | **ORDER** |
| NEVADA ATTORNEY GENERAL, *et al.*, | |
| Respondents. | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

Respondents filed a motion to dismiss the petition on June 8, 2010. (Docket #12). Several volumes of exhibits were filed in support of the motion. (Docket #13-#19).

On June 15, 2010, the Court received a letter from petitioner in which he informs the Court that, although he received a box of exhibits in support of the pending motion to dismiss, he is not in receipt of the motion to dismiss. (Docket #21). On June 18, 2010, petitioner filed a motion for an extension of time to oppose the motion to dismiss, given that he does not have a copy of the motion. (Docket #22).

**IT IS THEREFORE ORDERED** that respondents **SHALL SERVE** petitioner with a copy of the motion to dismiss (Docket #12) and **SHALL FILE** with this Court a certificate of service of said motion within **seven (7) days** of the issuance of this order.

///

1  **IT IS FURTHER ORDERED** that petitioner's motion for an extension of time (Docket
2  #22) is **GRANTED.**  Petitioner's opposition to the motion to dismiss shall be filed no later than
3  **forty-five (45) days** from the date of issuance of this order.

   DATED this 23rd day of June, 2010.

   _____
   LARRY R. HICKS
   UNITED STATES DISTRICT JUDGE