UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC JOHN NEES,<br><br>　　　　　　　Petitioner,<br>　v.<br>GREGORY SMITH, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:10-cv-00092-MMD-VPC<br><br>ORDER |

On January 5, 2018, respondents filed an answer to the petitioner's 28 U.S.C. § 2254 petition. It is hereby ordered that petitioner will have thirty (30) days from the date of this order to file any reply to the answer.

DATED THIS 9th day of January 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE