UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC JOHN NEES,<br><br>  Petitioner,<br><br>v.<br><br>GREGORY SMITH, *et al.*,<br><br>  Respondents. | Case No. 3:10-cv-00092-MMD-VPC<br><br>ORDER |

Before the Court is petitioner's motion for status check filed on March 30, 2018. (ECF No. 87.) The Court disposes of pending matters in chronological order, except for those matters that require disposition on an expedited basis. The petition is among a long list of pending matters that will be resolved in the normal course.

DATED THIS 6th day of April 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE