UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ERIC JOHN NEES,

Petitioner,

v.

GREGORY SMITH, *et al.*,

Respondents.

Case No. 3:10-cv-00092-MMD-CBC

ORDER

This *pro se* habeas matter is pending before the Court for consideration of the remaining claims in the Petition (ECF No. 45). Respondents have answered (ECF No. 82). Although Petitioner has filed a reply, he replied only with respect to the arguments concerning Ground 3(b), as he was unsure whether his reply could address the other grounds of the Petition. (ECF No. 85 at 2.) Petitioner indicates that he would like to file a reply to the other grounds in the Petition—Grounds 1, 2, and 3(a). (*Id.* at 3.) As the Court did not advise Petitioner that he could file a reply and in the unique circumstances of this case it was not clear that he could do so, Petitioner's confusion is understandable. Accordingly, if Petitioner wishes to file a supplement to his reply addressing all grounds discussed in Respondents' amended answer (ECF No. 82), including Grounds 1, 2, and 3(a), he may do so within 30 days of the date of this order. If Petitioner fails to file a supplement to his reply within that time period, or request an extension of time to do so, this matter will stand submitted for consideration on the merits.

DATED THIS 26th day of February 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE